Argued April 25, affirmed April 26, reconsideration denied May 18, petition for review allowed September 7, 1977

STATE OF OREGON, *Respondent,*
*v.*
PERRY LIN BAGGERLY, *Appellant.*
(No. 76-722-C, CA 7365)
563 P2d 738

Stephanie A. Smythe, Deputy Public Defender, Salem, argued the cause for appellant. With her on the brief was Gary D. Babcock, Public Defender, Salem.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Thornton and Tanzer, Judges.

PER CURIAM.

Affirmed. *State v. Shields,* 28 Or App 719, 560 P2d 690 (1977).